GLENN R. KANTOR, State Bar No. 122643
gkantor@kantorlaw.net
PETER S. SESSIONS, State Bar No. 193301
psessions@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: 818.886.2525
Facsimile: 818.350.6272

JS-6

Attorneys for Plaintiff
LAURA NAPOLI

JOSEPH C. FAUCHER, State Bar No. 137353
joe.faucher@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1400
Los Angeles, California 90067-1517
Telephone: 310.203.4000
Facsimile: 310.229.1285

Attorneys for Defendants
WALGREEN INCOME PROTECTION PLAN
FOR MANAGERS AND PROFESSIONALS and
WALGREEN COMPANY HEALTH &
WELFARE COMMITTEE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA NAPOLI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WALGREEN INCOME PROTECTION PLAN FOR MANAGERS AND PROFESSIONALS; WALGREEN COMPANY HEALTH & WELFARE COMMITTEE,<br><br>　　　　Defendants. | Case No. EDCV 13-CV-01338 VAP (OPx)<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice in its entirety. The parties shall bear their own costs and fees except as provided in the parties' previously executed settlement agreement.

IT IS SO ORDERED.

DATED: September 29, 2014_

*/s/ Virginia A. Phillips*

Honorable Virginia A. Phillips
United States District Court Judge